| | |
|---|---|
| 1 | JOE LAXAGUE, ESQ. |
| 2 | Nevada Bar No. 7417 |
|   | JEFFREY D. PIKE, ESQ. |
| 3 | Nevada Bar No. 13934 |
| 4 | Laxague Law, Inc. |
|   | 1 East Liberty, Suite 600 |
| 5 | Reno, NV 89501 |
|   | Tel: (775) 234-5221 |
| 6 | Facsimile (775) 996-3283 |
| 7 | Email: joe@laxaguelaw.com |
| 8 | ROGER A. LANE, ESQ. |
|   | (admitted *pro hac vice*) |
| 9 | Massachusetts BBO No. 551368 |
|   | Foley & Lardner, LLP |
| 10 | 111 Huntington Avenue |
| 11 | Boston, MA 02199-7610 |
|    | Telephone: 617.342.4000 |
| 12 | Facsimile: 617.342.4001 |
|    | Email: RLane@foley.com |
| 13 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **COMPARTMENT IT2, LP**, a Georgia limited partnership, **COMPARTMENT IT5, LP**, a Georgia limited partnership, **COMPARTMENT IT9, LP**, a Georgia limited partnership, and **MFAM MOBILFUNK ASSET MANAGEMENT GMBH,** a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**FIR TREE, INC. d/b/a FIR TREE PARTNERS**, a New York Corporation, **PAUL MCGINN**, an individual, **GABRIEL MARGENT**, an individual, **GRANT BARBER**, an individual, **JARRET COHEN**, an individual, and **SCOTT TROELLER**, an individual,<br><br>Defendants. | Case No.: 2:17-CV-1035-MMD-VCF<br><br>**STIPULATION AND ORDER RE: DEADLINES FOR OPPOSITIONS TO MOTIONS TO DISMISS AND REPLIES IN SUPPORT OF MOTIONS TO DISMISS**<br><br>**[SECOND REQUEST]** |

- 1 -

Plaintiffs and all named Defendants herein, by and through their attorneys of record, stipulate as follows:

**RECITALS**

1. The three motions to dismiss that are the subjects of this stipulation were filed on August 4, 2017; namely, Defendants Fir Tree, Inc., Jarret Cohen, and Scott J. Troeller's Motion to Dismiss (ECF No.12 and, as corrected, ECF No. 19); Defendants Gabriel Margent and Grant Barber's Motion to Dismiss (ECF No. 16); and Defendant Paul McGinn's Motion to Dismiss (ECF No. 9).

2. Each of the Motions to Dismiss is accompanied by a Memorandum of Points and Authorities, which range in length from 18 to 23 pages, as well as accompanying declarations and exhibits which, taken together, exceed 1,200 pages. *See*, as to the Fir Tree Defendants, ECF Nos. 13, 14 & 15 and, as corrected, 20, 21 & 22; as to Defendant McGinn, ECF No. 10; and as to Defendants Barber and Margent, the attachments to ECF No. 16. In addition, Defendants Barber and Margent filed a Request for Judicial Notice in support of their Motion to Dismiss (ECF No. 17).

3. Given the extensive nature of the three Motions to Dismiss and the materials submitted in support of them, Plaintiffs' counsel seeks an extension of time in order to respond adequately to the Motions to Dismiss, and to provide Defendants' counsel with adequate time to reply, to which the Defendants' respective counsel have assented.

4. On July 31, 2017, the parties submitted a "Stipulation and Order re: Deadlines for Responses to Complaint and Related Matters" (the "First Stipulation," ECF No. 7). The First Stipulation requested a deadline for Answers to the Complaint and Motions to Dismiss of August 4, 2017, a deadline for oppositions to motions to dismiss of September 18, 2017, and a deadline for replies in support of motions to dismiss of October 13, 2017.

5. On August 3, 2017, the Court entered its Order setting a deadline of August 4, 2017 for answers or other responses to the Complaint (ECF No. 8).

6. On August 4, 2017, as discussed above, the three Motions to Dismiss, together with their respective supporting materials, were filed.

7. The parties remain in agreement regarding their requested briefing schedule for all filed Motions to Dismiss and therefore renew the request set forth in the First Stipulation for deadlines of September 18, 2017, for the oppositions to each filed Motion to Dismiss and October 13, 2017, for replies in support of each filed Motion to Dismiss.

**STIPULATION**

IT IS HEREBY STIPULATED AS FOLLOWS:

1. The Plaintiffs shall file their Oppositions to each filed Motion to Dismiss on or before September 18, 2017.

2. Each Defendant shall file a Reply in support of its Motion to Dismiss on or before October 13, 2017.

DATED this 11th day of August 2017

/s/ Joe Laxague
LAXAGUE LAW, INC.
JOE LAXAGUE, ESQ. (NV BAR NO. 7417)
1 East Liberty, Suite 600
Reno, NV 89501

FOLEY & LARDNER, LLP
ROGER A. LANE, ESQ.
(admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199-7610

*ATTORNEYS FOR PLAINTIFFS*

DATED this 11th day of August 2017

/s/ Mark J. Connot
FOX ROTHSCHILD, LLP
MARK J. CONNOT, ESQ. (NV BAR NO. 10010)
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135

CORINNE MCCANN TRAINOR, ESQ.
(*pro hac vice* forthcoming)
ALLISON L. HOLLOWS, ESQ.
(*pro hac vice* forthcoming)
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648

*ATTORNEYS FOR DEFENDANT PAUL MCGINN*

DATED this 11th day of August 2017

/s/ J. Stephen Peek
HOLLAND & HART, LLP
J. STEPHEN PEEK, ESQ. (NV Bar No. 1758)
ROBERT J. CASSITY, ESQ. (NV Bar No. 9779)
9555 Hillwood Dr. 2nd Floor
Las Vegas, NV 89134

DATED this 11th day of August 2017

/s/ Leslie Bryan Hart
FENNEMORE CRAIG, P.C.
LESLIE BRYAN HART (NV Bar No. 4932)
300 E. Second St., Suite 1510
Reno, Nevada 89501
(Ph.) 775-788-2228
(Fax) 775-788-2229

| | |
|---|---|
| LOWENSTEIN SANDLER LLP<br>Shelia A. Sadighi, Esq.<br>(*pro hac vice* forthcoming)<br>1251 Avenue of the Americas<br>New York, NY 10020 | MORRISON FOERSTER<br>Erik J. Olson. Esq.<br>(*pro hac vice* forthcoming)<br>755 Page Mill Road<br>Palo Alto, CA 94304 |
| Attorneys for Defendants Fir Tree, Inc. d/b/a Fir Tree Partners; Jarret Cohen; and Scott Troeller | Attorneys for Defendants Gabriel Margent and Grant Barber |

IT IS HEREBY ORDERED that the stipulation to extend time is granted as follows:
1. The Plaintiffs shall file their Oppositions to each filed Motion to Dismiss on or before September 18, 2017.
2. Each Defendant shall file a Reply in support of its Motion to Dismiss on or before October 13, 2017.

Dated: August 14, 2017

_____
U.S. District Judge