AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

COMPARTMENT IT2, LP et al.

            Plaintiffs,

  v.

FIR TREE, INC. et al.

            Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01035-MMD-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

X  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is hereby entered and this case is closed.

3/30/2018  
Date

DEBRA K. KEMPI  
Clerk

/s/ L. Haywood  
Deputy Clerk