JOE LAXAGUE, ESQ.
Nevada Bar No. 7417
JEFFREY D. PIKE, ESQ.
Nevada Bar No. 13934
Laxague Law, Inc.
1 East Liberty, Suite 600
Reno, NV 89501
Tel: (775) 234-5221
Facsimile (775) 996-3283
Email: joe@laxaguelaw.com

ROGER A. LANE, ESQ.
(admitted *pro hac vice*)
*Massachusetts* BBO No. 551368
Foley & Lardner, LLP
111 Huntington Avenue
Boston, MA 02199-7610
Telephone: 617.342.4000
Facsimile: 617.342.4001
Email: RLane@foley.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **COMPARTMENT IT2, LP**, a Georgia limited partnership, **COMPARTMENT IT5, LP**, a Georgia limited partnership, **COMPARTMENT IT9, LP**, a Georgia limited partnership, and **MFAM MOBILFUNK ASSET MANAGEMENT GMBH,** a German corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **FIR TREE, INC. d/b/a FIR TREE PARTNERS**, a New York Corporation, **PAUL MCGINN**, an individual, **GABRIEL MARGENT**, an individual, **GRANT BARBER**, an individual, **JARRET COHEN**, an individual, and **SCOTT TROELLER**, an individual, <br><br> Defendants. | Case No: 2:17-cv-1035-MMD-VCF <br><br> **NOTICE OF APPEAL** |

Notice is hereby given that Plaintiffs Compartment IT2, IT5, and IT9 ("IT Funds") and MFAM Mobil Funk Asset Management GMBH (collectively "Plaintiffs") hereby appeal to the United States Court of Appeals for the Ninth Circuit.

Plaintiffs appeal from the following decisions set forth in the Court's March 30, 2018 Order (ECF No. 57): the grant of Defendant Paul McGinn's Motion to Dismiss (ECF No. 9); the grant of Defendants Jarret Cohen, Fir Tree, Inc. ("Fir Tree"), and Scott Troeller's Motion to Dismiss (ECF No. 12); and the grant of Defendants Gabriel Margent and Grant Barber's Motion to Dismiss (ECF No. 16). Plaintiffs further appeal from the judgment set forth in the Court's March 30, 2018 Judgment (ECF No. 58), which dismissed Plaintiffs' case without prejudice.

Plaintiffs also appeal from all orders or decisions upon which the foregoing rely.

DATE: APRIL 25, 2018

LAXAGUE LAW, INC.

JOE LAXAGUE, ESQ.

NEVADA BAR NO. 7417

/s/ Joe Laxague

FOLEY & LARDNER LLP

ROGER A. LANE

By: /s/ Roger A. Lane
     ROGER A. LANE

Attorneys for Plaintiff Compartment IT2, LP, a Georgia limited partnership, Compartment IT5, LP, a Georgia limited partnership, Compartment IT9, LP, a Georgia limited partnership and MFAM MobilFunk Asset Management, GMBH, a German Corporation

**CERTIFCATE OF SERVICE**

I certify that on this day, April 25, 2018, a true and correct copy of the foregoing paper was caused to be served upon all counsel of record by electronic filing with the Court's ECF System.

/s/ Joe Laxague